COMMONWELATH OF MASSACHUSETTS

BRISTOL, ss.

DISTRICT COURT DEPT.
FALL RIVER DIVISION
Civil Action No. 1332cv183

DAVID L. JOHNSON,

Plaintiff,

v.

S & S CORP. INC.
C/O CORPORATE COST CONTROL

Defendant.

NOTICE OF FILING
REMOVAL OF ACTION TO
FEDERAL COURT

TO:   David L. Johnson
      945 Walnut Street
      Fall River, MA 02720-5326

PLEASE TAKE NOTICE that The Stop & Shop Supermarket Company LLC ("Stop & Shop" or "Defendant") (improperly named in the Complaint as "S & S Corp. Inc. c/o Corporate Cost Control") in the above-captioned matter, has on the 26th day of August 2013 filed in the United States District Court of the District of Massachusetts, its Notice of Removal of the above-styled action from the District Court of the Commonwealth of Massachusetts, Fall River Division, (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, together with copies of the Complaint filed by the Plaintiff in the District Court of the Commonwealth of Massachusetts, Fall River Division.

You are also advised that said Defendant, upon filing said Notice, filed a Notice of Filing Removal of Action to Federal Court with the Clerk, District Court of the Commonwealth of Massachusetts, Fall River Division, and attached thereto copies of the following: (1) Notice of

Removal with exhibits attached thereto; and (2) the Notice to Plaintiff of Removal of Action to

Federal Court.

Such action has effected the removal of this action to the United States District Court for

the District of Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446

and no further proceedings may be had in this state court action.

Respectfully submitted,

THE STOP & SHOP SUPERMARKET
COMPANY LLC

By its attorneys,

Joseph P. McConnell, BBO # 566412
Sean P. O'Connor, BBO # 673835
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
jmcconnell@morganbrown.com
soconnor@morganbrown.com

Dated:  August 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Plaintiff,
David L. Johnson, 945 Walnut Street, Fall River, MA 02720-5326 by first-class U.S. mail this
26th day of August 2013.

Sean P. O'Connor