COMMONWELATH OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL, ss. | DISTRICT COURT DEPT.<br>FALL RIVER DIVISION<br>Civil Action No. 1332cv183 |

**DAVID L. JOHNSON,**

    **Plaintiff,**

v.

**S & S CORP. INC.**
**C/O CORPORATE COST CONTROL**

    **Defendant.**

**NOTICE OF FILING REMOVAL OF ACTION TO FEDERAL COURT**

TO:   Clerk
        Fall River District Court
        186 South Main Street
        Fall River, MA 02721

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, a Notice of Removal (with attachments thereto) and a Notice to Plaintiff of Removal of Action to Federal Court being filed this day with the Clerk of the United States District Court for the District of Massachusetts. Copies of said Notice of Removal and a Notice to Opposing Counsel of Notice of Removal are attached hereto.

Respectfully submitted,

THE STOP & SHOP SUPERMARKET
COMPANY LLC

By its attorneys,

/s/ Sean P. O'Connor
Joseph P. McConnell, BBO # 566412
Sean P. O'Connor, BBO # 673835
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Phone: (617) 523-6666
Fax: (617) 367-3125
jmcconnell@morganbrown.com
soconnor@morganbrown.com

Dated: August 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Plaintiff, David L. Johnson, 945 Walnut Street, Fall River, MA 02720-5326 by first-class U.S. mail this 26th day of August 2013.

/s/ Sean P. O'Connor
Sean P. O'Connor